**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7346

CHRISTOPHER ANGELO BURKE,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA, State Government;
VIRGINIA STATE BOARD OF CORRECTIONS,
Advisory/Consultant; GENE JOHNSON, Director
(V.D.O.C.); MR. MAHON, Warden-H.C.C.; D.
SMITH, Assistant Warden-H.C.C.; MR. DAVIS,
Warden-M.C.C.; MR. GOODE, Counselor-M.C.C.;
ELEN L. DOE, Central Classification Case
Manager; MRS. COX, Treatment Manager-H.C.C.;
MS. HOWARD, Counselor-H.C.C.; MR. GERST,
Treatment Manager-M.C.C.,

Defendants -Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (2:06-cv-00105-RBS)

Submitted: November 21, 2006      Decided:  December 1, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher Angelo Burke, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Angelo Burke appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to comply with the court's order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Burke v. Virginia</u>, No. 2:06-cv-00105-RBS (E.D. Va. June 2 & July 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>